IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, # 09369-002, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-CV-884-WKW[WO] |
| ) | |
| NO GOOD COPS HIGGIN and COP ) | |
| DOUGAS, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 4), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that this case is DISMISSED without prejudice for Plaintiff's failure to pay the requisite $350.00 filing fee upon the initiation of this action.

An appropriate judgment will be entered.

Done this 20th day of October, 2009.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE